# INITIAL APPEARANCE CALENDAR

Magistrate Judge : __**Marilyn D. Go**__    Date: __**1/31/18**__

Magistrate Case Number: __**18-87M**__    LOG #: __3:39 – 3:43__

Defendant's Name: __**Karl Clarke**__

__✓__ Court appointed counsel.    ____ Defendant retained counsel.

Defense Counsel: __**Michael Padden**__    CJA:___  FDNY: __✓__  RET:___

A.U.S.A. __**Nicholas Moscow**__    Clerk : __**Felix Chin**__

Interpreter : _____    Language: _____

__✓__ ARRAIGNMENT on Complaint held.    __✓__ Government Agent Sworn

___ DETENTION HEARING Held:    ___ Government opposed bail for reasons stated on the record.

___ Bond set at _____.    ___ Bond set on consent of both parties.

Defendant :   ___ released    ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____ _____

__✓__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for:_____; or    __✓__ waived by defendant

___ Status Conference set for:_____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court   ___ orders removal   ___ denies removal

___ Defendant waives:   ___ identity hearing   ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings:_____
_____
_____
_____